IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 12-30250 |
| Victor Ross } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

Objection to Claim No. 2
Of Creditor HSBC CHARGE SERVICES/MIDLAND FUNDING

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number 2 of Midland Funding and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on February 1, 2012.

2. The Creditor, filed the Claim number 2 of HSBC Charge Service/ Midland Funding on the 6th day of February, 2012. Said claim is objectionable because said claim:

A. The Debtor is unaware of any claim owing to the creditor at the time he filed the bankruptcy action.

B. The Proof of claim reflects that it was based upon an account that was written off by the original creditor on November 7, 2008, which would be beyond the time allowed for the collection of an open account under the laws of the State of Alabama's Limitations of Actions Statute.

Wherefore, the premises considered, the Debtor request this court to sustain the objection to the Claim number 2 of Midland Funding and to disallow the claim.

Respectfully submitted,

Case 12-30250    Doc 34    Filed 06/23/15    Entered 06/23/15 11:13:10    Desc Main
              Document      Page 1 of 2

/s/ Richard D. Shinbaum
ASB-8638-B54R
*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum & Associates
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above foregoing motion on all parties

listed below by CM/ECF on this day June 23, 2015.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123