IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In the Matter of:  }
                   }  Case No. 12-30250
Victor Ross       }
                   }  Chapter 13
                   }
Debtor(s)         }

PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.

Objection to Claim No. 6
Of Creditor AMEX

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number of AMEX and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on February 1, 2012.

2. The Creditor, filed the Claim number of AMEX on the 5th day of April, 2012. Said claim is objectionable because said claim is based upon an open account that was written of by the creditor in April of 2006, and was last used by the creditor before that date. The claim is barred from collections by the Alabama Limitations of Actions statute based upon open accounts..

Wherefore, the premises considered, the Debtor request this court to sustain the objection to the Claim number 8 of AMEX and to disallow the claim.

Respectfully submitted,

/s/ Richard D. Shinbaum
ASB-8638-B54R
Attorney for Debtor:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum & Associates
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties

listed below by CM/ECF on this day June 23, 2015.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs

AMEX
PO BOX 297871
Fort Lauderdale, FL  33329-7871

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701